SOLOMON RANGER, Suing on his Own Behalf and on Behalf of All Other Bondholders of the TENNESSEE CENTRAL RAILROAD COMPANY, Appellant, *v.* ERNST THALMANN et al., Composing the Firm of LADENBURG, THALMANN & CO., Respond

*Ranger* v. *Thalmann,* 84 App. Div. 341, affirmed.
(Argued March 14, 1904; decided March 29, 1904.)

APPEAL, by permission, from a judgment entered June 19, 1903, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint. The following is the question certified: " Does the amended complaint herein state facts sufficient to constitute a cause of action ? ".

*Thomas D. Adams* and *Arthur C. Palmer* for appellant.

*Edwin C. Hoyt* and *Henry G. Wiley* for respondents.

Judgment affirmed, with costs, on opinion below, and question certified answered in the negative.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.